AO 442 (Rev. 5/93) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

FEB 09 2007

DISTRICT OF HAWAII    at 9 o'clock and 26 min __M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

LAWRENCE FUJII

**WARRANT FOR ARREST**

CASE NUMBER: MC04 00149 DAE KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LAWRENCE FUJII___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Regarding testimony as a material witness

in violation of
Title _____ United States Code, Section(s) _____

Kevin S.C. Chang
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

July 2, 2004  Honolulu, Hawaii
Date and Location

Bail fixed at $  to be determined   NO BAIL    by  Kevin S.C. Chang
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7.06.04 | Jared Yuen  (a) | [Signature] |

This form was electronically produced by Elite Federal Forms, Inc.